UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN GOLDMAN, Trustee of the Goldman Living Trust U/A/D December 19, 2000,<br><br>            Petitioner,<br>    v.<br><br>JAMES R. GAGNARD, an individual, and MICHELLE GAGNARD, an individual,<br><br>            Defendants. | Case No.: 11-CV-3028-LHK<br><br>ORDER REQUESTING STATUS UPDATE |

Pending before the Court are Petitioner's motion to confirm arbitration award, ECF No. 10, and Defendants' motion to stay, ECF No. 12. Both motions are set for a hearing on October 27, 2011.

The Court takes judicial notice that on October 18, 2011, in *Gagnard v. Campi Properties, Inc.*, No. 1 10 CV 167727, the Santa Clara Superior Court dismissed, with prejudice, Defendants' cause of action seeking a declaration of the amount, if any, that the arbitrator's award should be offset to take into account the compensation Petitioner has already received in settlement. *See* ECF No. 30.

By 5:00 p.m. on October 24, 2011, Defendants are hereby ORDERED to withdraw their motion to stay as moot or file a statement, limited to 3 pages, explaining why their motion is not moot in light of the Superior Court's October 18 Order.

**IT IS SO ORDERED.**

October 24, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-3028-LHK
ORDER REQUESTING STATUS UPDATE