UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN GOLDMAN, Trustee of the Goldman Living Trust U/A/D December 19, 2000,<br><br>              Plaintiff,<br>    v.<br><br>JAMES R. GAGNARD, an individual, and MICHELLE GAGNARD, an individual,<br><br>              Defendants. | Case No.: 11-CV-3028-LHK<br><br>ORDER DENYING APPLICATION FOR ATTORNEY'S FEES AND COSTS |

On October 27, 2011, the Court issued an Order Granting Plaintiff Susan Goldman's Motion to Confirm Arbitration Award. ECF No. 41. The Order states that "By November 4, 2011, Plaintiff shall file a declaration *and supporting documentation* setting forth Plaintiff's reasonable attorney's fees and costs incurred in litigating this District Court action to confirm arbitration award." *Id.* at 5 (emphasis added). On November 2, 2011, Plaintiff's counsel filed a Declaration of Patrick P. Gunn in Support of Susan Goldman's Application for Attorney's Fees and Costs. ECF No. 42. As Defendants pointed out in an objection, ECF No. 43, Plaintiff's counsel did not submit any supporting documentation as ordered by the Court. Without supporting documentation, the Court cannot accurately determine whether the hours claimed were reasonably expended or if the costs were actually incurred. Accordingly, Plaintiff's application for attorney's fees and costs is hereby DENIED.

**IT IS SO ORDERED.**

November 15, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-3028-LHK
ORDER DENYING ATTORNEYS FEES